1  **MARRON LAWYERS, APC**
   Paul B. Arenas (SBN 167863)
2  5000 E. Spring St., Suite 580,
   Long Beach, CA 90815
3  (562) 432-7422 Telephone
   (562) 683-2721 Facsimile
4  parenas@marronlaw.com

5  Attorneys for Plaintiff and Counter-
   Defendant LINCOLN TRANSPORTATION
6  SERVICES, INC.

7  Additional counsel on next page.

8
                    UNITED STATES DISTRICT COURT
9
          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

11
| LINCOLN TRANSPORTATION SERVICES, INC., | Case No. 2:15-cv-09234-DDP-RAO |
|---|---|
| Plaintiff, | **JOINT REPORT RE PREFERRED TRIAL DATES** |
| vs. | |
| CMA CGM (AMERICA) LLC, a Limited Liability Company; CMA CGM S.A., a foreign corporation, | Hon. Dean D. Pregerson |
| Defendants. | Trial: no trial currently set |
| AND RELATED CROSS ACTIONS | |

21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

i
**JOINT REPORT RE PREFERRED TRIAL DATES** (2:15-cv-09234-DDP-RAO)

| | |
|---|---|
| 1 | **COX, WOOTTON, LERNER GRIFFIN & HANSEN, LLP** |
| 2 | Neil S. Lerner (SBN 134031) |
| | nsl@cwlfirm.com |
| 3 | Alena A. Eckhardt (SBN 304611) |
| | aeckhardt@cwlfirm.com |
| 4 | 12011 San Vicente Blvd., Suite 600 |
| | Los Angeles, CA 90049 |
| 5 | Telephone No.: 310-440-0020 |
| | Facsimile No.: 310-440-0015 |
| 6 | |
| 7 | Attorneys for Defendants and Counterclaimants CMA CGM (AMERICA) LLC and CMA CGM, S.A. |

Plaintiff and Counterdefendant LINCOLN TRANSPORTATION SERVICES, INC. ("Lincoln") and Defendants and Counterclaimants CMA CGM (AMERICA) LLC and CMA CGM, S.A. (jointly "CMA CGM"), by and through their respective counsel of record, hereby are available for trial the following dates:

- January 10th, 2023;
- January 24th, 2023; and
- January 31st, 2023

Trial is estimated to last 5 days. Parties intend to file detailed motions in limine and trial briefs in a further effort to narrow the issues.

Dated: January 25, 2022                MARRON LAWYERS, APC

By: /s/ Paul B. Arenas
Paul B. Arenas, Esq.
Attorneys for Plaintiff and Counter-Defendant Lincoln Transportation Services, Inc.

Dated: January 25, 2022                COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

By: /s/ Neil S. Lerner
Neil S. Lerner
Attorneys for Defendants and Counterclaimants CMA CGM, (AMERICA) LLC and CMA CGM, S.A

Local Rule 5-4.3.4(2)(i) attestation:

In compliance with Local Rule 5-4.3.4(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 25, 2022                MARRON LAWYERS, APC

By: /s/ Paul B. Arenas
Paul B. Arenas, Esq.
Attorneys for Plaintiff and Counter-Defendant Lincoln Transportation Services, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5000 E. Spring St., Suite 580, Long Beach, CA 90815.

On January 25, 2022, I served the foregoing document described as: **JOINT REPORT RE PREFERRED TRIAL DATES** on the parties to this action by sending a true copy thereof as follows:

> Neil S. Lerner
> Alena A. Eckhardt
> Cox, Wootton, Lerner, Griffin
> 12011 San Vicente Blvd., Ste. 600
> Los Angeles, CA 90049
> nsl@cwlfirm.com/aeckhardt@cwlfirm.com
> [*Attorneys for Defendants and Counterclaimants*]

[X] (BY ECF) I electronically served the referenced documents through ECF/PACER. E-service in this action was completed on all parties listed on the service list with ECF/PACER.

[ ] BY MAIL: I caused such document(s) to be placed in a sealed envelope and delivered by U.S. Mail to the offices of the addressee(s) referenced above following ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on January 25, 2022, at Long Beach, California.

By: s/Angelica Garcia
Angelica Garcia